IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-2153-AP**

**In re: REDSTONE RESOURCES, INC., a Colorado corporation**

**REDSTONE RESOURCES, INC., a Colorado corporation,**

       Plaintiff/Appellant,

v.

**LEONARD GREENBERG,**
**CHAD M. JOHNSON,**
**BRUCE S. KELSO, and**
**CHARLES W. POLLARD**

       Defendants/Appellees.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Stay Briefing Schedule (doc. #12), filed December 6, 2007, is GRANTED. Briefing in this case is STAYED. The parties' dismissal documents or a status report on the progress of their settlement are due on or before December 28, 2007.

Dated: December 6, 2007