IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2153-AP**

**In re: REDSTONE RESOURCES, INC., a Colorado corporation**

**REDSTONE RESOURCES, INC., a Colorado corporation,**

        Plaintiff/Appellant,

v.

**LEONARD GREENBERG,
CHAD M. JOHNSON,
BRUCE S. KELSO, and
CHARLES W. POLLARD**

        Defendants/Appellees.

---

**ORDER**

---

Kane, J.

Upon consideration of the "Stipulation Joint Motion for Dismissal" (doc. #15), filed December 27, 2007, it is

ORDERED that the Motion is GRANTED. This case is DISMISSED, the parties to bear their own costs and attorney fees.

Dated this 28th day of December, 2007.

                                            BY THE COURT:

                                            ***S/John L. Kane***
                                            John L. Kane, Senior Judge
                                            United States District Court